**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA HAMLETT, | Case No.: 2:26-cv-01419-APG-MDC |
| Plaintiffs | **Order** |
| v. | |
| TRUCKEE GAMING LLC, | |
| Defendant | |

The plaintiff filed this action in the unofficial southern division of the court, but the events described in the complaint took place in Lyon County, which is in the unofficial northern division. LR IA 1-6.  Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court will transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number will be closed, without prejudice to the plaintiffs regarding any limitation period and filing fee.

Dated this 11th day of May, 2026.

_____
ANDREW P. GORDON
Chief United States District Judge